IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JULIE HODGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-3455-CV-S-ODS |
| | ) |
| DILLARD'S, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

Plaintiff Julie Hodge, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and by stipulation of Defendant Dillard's, Inc. hereby dismisses this action without prejudice, each party to bear its own costs and expenses.

Respectfully Submitted,

/s/ Brian D. Malkmus
Brian D. Malkmus, MO Bar #43952
Deborah A. Malkmus
Malkmus Law Firm, LLC
430 South Street, Suite 800
Springfield, MO 65806

ATTORNEYS FOR PLAINTIFF

/s/ Jeremiah J. Morgan
Lynn S. McCreary, MO Bar #46629
Jeremiah J. Morgan, MO Bar #50387
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2100

ATTORNEYS FOR DEFENDANT